IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CHERELLE JACKSON,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. 1:22-cv-03882-TWT |
| | * |
| **NAYAAB ENTERPRISES, INC.,** | * |
| | * |
| Defendant. | * |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. Plaintiff hereby respectfully requests that this Court administratively close the file to allow thirty (30) days within which to complete the settlement, during which time Plaintiff requests that the Court retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 17th day of October, 2022.

                                                 __/s/ *Julie McCollister*_____
                                               Julie McCollister, Esq.
                                               Counsel for Plaintiff
                                               Georgia State Bar No.: 450726
                                               McCollister Law, LLC
                                               P.O. Box 2525
                                               Blairsville, GA 30514
                                               (706)745-0057
                                               jbmccollister@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I electronically filed the foregoing Notice of Settlement with the Clerk of District Court, Northern District of Georgia, via the Court Clerk's CM/ECF system, and also delivered the same via electronic mail to the following:

>R. KYLE PASKE
>ASSOCIATE ATTORNEY
>BRISKIN, CROSS & SANFORD, LLC
>33 SOUTH MAIN STREET, SUITE 300
>ALPHARETTA, GA  30009
>(770) 410-1555 (OFFICE)
>kpaske@briskinlaw.com

>/s/ *Julie McCollister*
>Julie McCollister

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

>_/s/ *Julie McCollister*_____
>Julie McCollister